472 A.2d 261

Com. ex rel. Eager v. Eager.

Appeal of Patricia A. Eager.

Argued September 6, 1983. David Allan Binder, for appellant; Bernard Mendelsohn, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Reversed and remanded. Jurisdiction is relinquished.

ROWLEY, J., noted dissent.